Dennis Wayne JOHNSON *v.* STATE of Arkansas

CR 94-257                                              875 S.W.2d 510

Supreme Court of Arkansas
Opinion delivered May 9, 1994

*George J. Stone*, for appellant.

No response.

PER CURIAM. We treat this motion for rule on the

clerk as a motion for a belated appeal. Appellant filed his notice of appeal on October 5, 1993, whereas the judgment was not entered until December 1, 1993. Under our rules the notice of appeal was of no effect. Ark. R. App. P. 4; *Kelly* v. *Kelly*, 310 Ark. 244, 835 S.W.2d 249 (1991).

We grant the motion for a belated appeal and direct that a copy of this opinion be forwarded to the Committee on Professional Conduct.